Form 27 - GENERAL PURPOSE

**JON L. NORINSBERG**
ATTN:
U.S. SOUTHERN DIST. COURT        NEW YORK COUNTY
-------------------------------------------------------

JOSEPH PIZARRO                              plaintiff

- against -

THE CITY OF NEW YORK, ETAL                  defendant
-------------------------------------------------------

Index No. **07 CIV 9520**

Date Filed ............

Office No.

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JOEL GOLUB**   being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **29th day of October, 2007** at **03:25 PM.,** at
   **100 CHURCH ST, 4TH FL.**
   **NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**
   **CIVIL COVER SHEET**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKIA MENDES GAMMON, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BLACK**
        APP. AGE: **27**       APP. HT: **5:7**        APP. WT: **125**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
30th  day of  October, 2007n


SAMSON NEWMAN
Notary Public, State of New York
   No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

JOEL GOLUB  701893
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN88575