

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov

November 13, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

BY HAND
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

NOV 14 2007

Re: <u>Pizarro v. The City of New York et al.</u>, 07 CV 9520 (LAK)

Dear Judge Kaplan:

     I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and counsel for defendant City of New York ("City"). I write to respectfully request a sixty-day enlargement of time, from November 19, 2007 to January 18, 2008, within which the City may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action and is made on consent.

     The complaint alleges, inter alia, that plaintiff Joseph was subjected to excessive force, falsely arrested and maliciously prosecuted. Before this Office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate this matter.

     Upon information and belief, the charges against plaintiff were dismissed and sealed pursuant to Penal Law Section 160.50. This office has forwarded unsealing releases to plaintiff. Moreover, to the extent plaintiff has alleged physical injury, this office has forwarded to plaintiff a consent and authorization for the release of medical records, so that defendant can properly assess the case and respond to the complaint.

*[handwritten endorsement: Time extended to end Wednesday 11/19/07]*

*SO ORDERED*
*[signature] S.A. Kaplan USDJ 11/19/07*

  Moreover, the enlargement will allow us to ascertain whether the individually named defendants have been served.[1] In addition to the City of New York, plaintiff purports to name P.O. "John" Doyle and P.O. "John" Chin as well as several unidentified officers as defendants. If service has been effectuated upon P.O. "John" Doyle and P.O. "John" Chin, pursuant to Section 50-k of the New York General Municipal Law, this office must determine, based on a review of the case, whether we may represent the individually named defendants. P.O. "John" Doyle and P.O. "John" Chin must then decide whether they wish to be represented by this office. If so, we must obtain their written authorization. Only after this procedure has been followed can we determine how to proceed in this case.

  In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until January 18, 2008.

  Thank you for your consideration in this regard.

Respectfully submitted,

Suzette Corinne Rivera (SR4272)
Assistant Corporation Counsel
Special Federal Litigation Division


cc: BY FAX
  (212) 406-6890
  Jon Louis Norinsberg, Esq.
  225 Broadway
  New York, NY 10007

---

[1] Although this Office does not currently represent P.O. "John" Doyle and P.O. "John" Chin, and assuming they are properly served, this Office also respectfully requests this extension on their behalf in order that their defenses are not jeopardized while representational issues are being decided.