

**MEMO ENDORSED**

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov

March 27, 2008

BY HAND
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Pizarro v. The City of New York et al.</u>, 07 CV 9520 (LAK)

Dear Judge Kaplan:

On behalf of both parties, I respectfully write to advise the Court that the above-referenced action has been settled. I will promptly forward the executed Stipulation and Order of Settlement and Discontinuance to the Court upon receipt from plaintiff's counsel.

Respectfully submitted,

Suzette Corinne Rivera
Assistant Corporation Counsel
Special Federal Litigation Division

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

cc: BY FAX
(212) 406-6890
Jon Louis Norinsberg, Esq.

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, 4/30/08 ~~3/31/08~~, if the settlement is not consummated by then.

SO ORDERED:

Lewis A. Kaplan
U.S.D.J.