*Kaplan, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOSEPH PIZARRO,

                              Plaintiff,

              -against-

THE CITY OF NEW YORK, P.O. PATRICK COYLE,
Shield No. 24934, Individually and in his Official
Capacity, SGT. JOSEPH MINEO, Shield No. 4910,
Individually and in his Official Capacity, and P.O.'s
"JOHN DOE" #1-10, Individually and in their Official
capacities, (the name John Doe being fictitious, as the true
names are presently unknown),

                              Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL**

07 CV 9520 (LAK)

RECEIVED
APR 22 2008
JUDGE KAPLAN'S CHAMBERS

       WHEREAS, plaintiff Joseph Pizarro commenced this action by filing a complaint on or about October 25, 2007, alleging that defendants violated his constitutional and common law rights; and

       WHEREAS, defendants have denied any and all liability arising out of plaintiff's allegations; and

       WHEREAS, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

       WHEREAS, plaintiff has authorized his counsel to settle this matter on the terms set forth below;

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:



...NY.
...NT
...RONICALLY FILED
D...
DATE FILED: 4/22/08

1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees except as provided for in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff the sum of **Thirty Five Thousand ($35,000.00) Dollars** in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the City of New York, Joseph Mineo and Patrick Coyle, and to release all defendants and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release and An Affidavit of No Liens based on the terms of paragraph 2 above.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New

York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
April 1, 2008

JON NORINSBERG, ESQ.
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, NY 10007
(212) 791-5396

By: _____
    Jon Norinsberg

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants City of New York,
Sergeant Joseph Mineo and Police Officer
Patrick Coyle
100 Church Street
Room 3-196
New York, New York 10007
(212) 788-9567

By: _____
    Suzette Corinne Rivera
    Assistant Corporation Counsel

SO ORDERED:

_____
United States District Judge
4/22/08

3